# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/13/19 | 12/16/19 | |

INVENTORY MADE IN THE PRESENCE OF

Corey Blunt - Fraud Manager C+F Bank

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Cashier's Check # 10042554 - $30,000.00
Cashier's Check # 10042555 - $7005.01

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 12/16/2019

Delores Nabors
*Executing Officer's Signature*

Delores Nabors - AVP / Fraud Manager
*Printed Name and Title*